**Electronically Filed
Supreme Court
SCPW-24-0000072
07-MAR-2024
09:28 AM
Dkt. 4 ODDP**

SCPW-24-0000072

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

JULIA YIM, Petitioner,

vs.

THE HONORABLE SHELLIE K. PARK-HOAPILI, Judge of the District
Court of the First Circuit, State of Hawai'i; THE HONORABLE KARIN
L. HOLMA, Judge of the District Court of the First Circuit,
State of Hawai'i; THE HONORABLE ERIKA E. IRELAND, Judge of the
District Court of the First Circuit, State of Hawai'i; and THE
HONORABLE DYAN K. MITSUYAMA, Judge of the District Court of the
First Circuit, State of Hawai'i, Respondent Judges,

and

JUN WU and XIAOYUAN LIU, by and through their property manager,
VINTAGE ISLAND PROPERTIES LLC, a Hawai'i Limited Liability
Company, Respondents.
_____

ORIGINAL PROCEEDING
(CASE NO. 1DRC-23-0001484)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of prohibition

filed February 5, 2024, and the record, Petitioner has not

demonstrated a clear and indisputable right to relief, nor a

lack of alternative means to obtain the relief sought.  See

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537

P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, March 7, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens